(May 15, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE SULLIVAN, Respondent, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant. — Appeal from an order of the Supreme Court, Clinton County, sustaining relator's writ of habeas corpus after a hearing. Order reversed, on the law and the facts, and petition and writ dismissed, without costs, on the authority of *Matter of Mulligan* v. *Murphy* (14 N Y 2d 223). Settle order. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.